No. 09–10453. GRAVENHORST *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 938] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–10460. TAYLOR *v.* DEGROTT ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U. S. 1021] denied.

No. 09–10504. SCHRADER *v.* NEW MEXICO ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U. S. 1022] denied.

No. 09–10505. SHAHIN *v.* DELAWARE DEPARTMENT OF FINANCE. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U. S. 1004] denied.

No. 09–10619. ROGERS *v.* SCHAPIRO, CHAIRMAN, SECURITIES AND EXCHANGE COMMISSION, ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U. S. 950] denied.